IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLAYTON LILES, PERRY CASEY, and
GREGORY HALLEY, Each Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFFS

v.                          No. 4:15-cv-469-DPM

ROCK FARMS OF ARKANSAS, LLC, and
ROCKY HARRELL, Individually and d/b/a
Rock Farms of Arkansas                                         DEFENDANTS

ORDER

All plaintiffs' claims for minimum wages and for punitive damages are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 December 2016