IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLAYTON LILES, PERRY CASEY, and
GREGORY HALLEY, Each Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFFS

v.                          No. 4:15-cv-469-DPM

ROCK FARMS OF ARKANSAS, LLC, and
ROCKY HARRELL, Individually and d/b/a
Rock Farms of Arkansas                                        DEFENDANTS

ORDER

The Court would appreciate citations to the specific federal regulations that the parties' contend require the inspections — pre-trip, post-trip, or both. *Barrentine v. Arkansas-Best Freight System*, 750 F.2d 47, 49, 50-51 (8th Cir. 1984) touches on this. But the Court wants to be sure it has considered the regulations the parties believe are applicable. Simultaneous letter briefs due by noon on 27 January 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2017