IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLAYTON LILES, PERRY CASEY, and
GREGORY HALLEY, Each Individually and
on Behalf of All Others Similarly Situated                         PLAINTIFFS

v.                              No. 4:15-cv-469-DPM

ROCK FARMS OF ARKANSAS, LLC, and
ROCKY HARRELL, Individually and d/b/a
Rock Farms of Arkansas                                             DEFENDANTS

## JUDGMENT

1. The Court held a two-day bench trial in Little Rock, on December 13th and 14th, 2016. The Court ruled from the bench that Rock Farms and Harrell owed Liles, Casey, and Halley overtime pay (at half the hourly rate) for all hours beyond forty worked in a given week. The Court decided the hours actually worked from the employers' records and the testimony. The Court concluded that each driver was entitled to be paid for forty more minutes for each day worked. The Court modified its bench ruling after post-trial briefing, concluding that each driver was entitled to be paid for thirty additional minutes for each day worked — for some road time. So the total was seventy minutes extra pay for each day worked. After the Court's final time ruling, the parties collaborated and came up with the following amount

owed for each driver: $1,499.89 for Liles; $1,865.48 for Casey; and $1,710.97 for Halley.  The Court had awarded liquidated damages from the bench, which doubles each amount.

2.  Clayton Liles shall have judgment against Rock Farms of Arkansas, LLC and Rocky Harrell, jointly and severally, for $2,999.78.  Perry Casey shall have judgment against Rock Farms of Arkansas, LLC and Rocky Harrell, jointly and severally, for $3,730.96.  Gregory Halley shall have judgment against Rock Farms of Arkansas, LLC and Rocky Harrell, jointly and severally, for $3,421.94.

3.  Liles, Casey, and Halley shall also have judgment against Rock Farms of Arkansas, LLC and Rocky Harrell, jointly and severally, for a reasonable attorney's fee and costs as allowed by law.  Motion for fees and costs due by 14 April 2017.  The Court authorizes plaintiffs to file supporting billing records under seal.

4.  Post-judgment interest shall accrue at 1.03% per annum from today until this Judgment is paid in full.  28 U.S.C. § 1961(a)–(b).

*signature*
D.P. Marshall Jr.
United States District Judge

21 March 2017