IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CLAYTON LILES, PERRY CASEY and**
**GREGORY HALLEY**                                                          **PLAINTIFFS**

vs.                       Case No. 4:15-cv-469-DPM

**ROCK FARMS OF ARKANSAS, LLC, and**                      **DEFENDANTS**
**ROCKY HARRELL, Individually and d/b/a**
**ROCK FARMS OF ARKANSAS**

### JOINT NOTICE OF SETTLEMENT AS TO ATTORNEYS' FEES AND COSTS

COME NOW Plaintiffs Clayton Liles, Perry Casey and Gregory Halley, by and through their counsel of Sanford Law Firm, PLLC, and Defendants Rock Farms of Arkansas, LLC, and Rocky Harrell (hereinafter collectively referred to as "Defendants"), by and through counsel David M. Donovan and Staci Dumas Carson of Watts, Donovan & Tilley, P.A; collectively referred to as the "Parties," to submit the following Joint Notice of Settlement as to Attorneys' Fees and Costs.

1. The Court entered judgment in this matter on March 21, 2017. ECF No. 48. As part of its judgment, the Court directed Plaintiffs to file their motion for fees and costs, if any, by April 14, 2017. *Id.*

2. The Parties have reached an agreement as to attorneys' fees and costs; the Parties' agreement will not affect the Court's award of damages to Plaintiffs.

Page 1 of 3
Clayton Liles, et al, v. Rock Farms of Arkansas LLC
U.S.D.C. (E.D. Ark.) Case No. 4:15-cv-469-DPM
Joint Notice of Settlement as to Attorneys' Fees and Costs

3. By agreement of the Parties, Defendants will pay the judgment, including fees and costs, by May 29, 2017; the Parties anticipate filing a Satisfaction of Judgment on or before that date.

           Respectfully submitted,

           **CLAYTON LILES, PERRY CASEY and GREGORY HALLEY, PLAINTIFFS**

           SANFORD LAW FIRM, PLLC
           ONE FINANCIAL CENTER
           650 S. SHACKLEFORD, SUITE 411
           LITTLE ROCK, ARKANSAS 72211
           TELEPHONE: (501) 221-0088
           FACSIMILE: (888) 787-2040

By:   */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

And  **ROCK FARMS OF ARKANSAS, LLC, and ROCKY HARRELL, Individually and d/b/a ROCK FARMS OF ARKANSAS, DEFENDANTS**

By:   */s/ David M. Donovan*
        DAVID M. DONOVAN, ESQ.
        STACI DUMAS CARSON, ESQ.
        WATTS, DONOVAN & TILLEY, P.A.
        200 RIVER MARKET AVE., STE. 200
        LITTLE ROCK, AR 72201-1769
        TELEPHONE: (501) 372-1406
        FACSIMILE: (501) 372-1209
        david.donovan@wdt-law.com
        staci.carson@wdt-law.com

**Page 2 of 3
Clayton Liles, et al, v. Rock Farms of Arkansas LLC
U.S.D.C. (E.D. Ark.) Case No. 4:15-cv-469-DPM
Joint Notice of Settlement as to Attorneys' Fees and Costs**

## **CERTIFICATE OF SERVICE**

    I, Josh Sanford, do hereby certify that on the 14th day of April, 2017, a true and correct copy of the foregoing Joint Notice was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

DAVID M. DONOVAN, ESQ.
STACI DUMAS CARSON, ESQ.
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, ARKANSAS 72201-1769
(501) 372-1406
(501) 372-1209 FAX
david.donovan@wdt-law.com
staci.carson@wdt-law.com

                                                By:    */s/ Josh Sanford*
                                                              **Josh Sanford**

Page 3 of 3
Clayton Liles, et al, v. Rock Farms of Arkansas LLC
U.S.D.C. (E.D. Ark.) Case No. 4:15-cv-469-DPM
Joint Notice of Settlement as to Attorneys' Fees and Costs